The People of the State of New York, Respondent, *v.* Sam Weiss, Appellant.

Argued May 26, 1947; decided July 2, 1947.

548

*Jacob J. Kramer, Irving I. Dolowich* and *Jay O. Kramer* for appellant.

*Frank S. Hogan, District Attorney (Harold Roland Shapiro* and *Whitman Knapp* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.